**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Naomi Levelle-Haslitt**, OSB No. 075857
naomi.levelle-haslitt@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **PETER M. QUINT,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF OREGON; CYNTHIA ANDERSON; KATHY ROBERTS; AND, MICHAEL BULLIS,**<br><br>    Defendants. | No. 11-6371-SI<br><br>DECLARATION OF NAOMI LEVELLE-HASLITT IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND |

I, Naomi Levelle-Haslitt, hereby declare that:

1.     I am one of the attorneys representing defendants in this case.  This declaration is made based on personal knowledge and I am competent to testify as to the matters contained herein.

Page 1 -  Declaration of Naomi Levelle-Haslitt in Support of Defendants' Unopposed Motion
For Extension of Time to Respond

PDXDOCS:1957217.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE

      2.      Defendants accepted service of plaintiff's complaint on January 20, 2012.

      3.      Defendants' response to plaintiff's complaint is currently due on February 8, 2012. Defendants hereby request that the court set its response deadline to plaintiff's complaint to February 13, 2012.

      4.      This motion is unopposed.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 6th day of February, 2012, in Portland, Oregon.

                                        /s/ Naomi Levelle-Haslitt
                                        Naomi Levelle-Haslitt

Page 2 - Declaration of Naomi Levelle-Haslitt in Support of Defendants' Unopposed Motion
      For Extension of Time to Respond

PDXDOCS:1957217.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE

I hereby certify that I served the foregoing declaration of Naomi Levelle-Haslitt in support of defendants' unopposed motion for extension of time to respond on:

    Mr. Lawrence B. Hunt
    E-mail:  lbh@huntpc.com
    Mr. Kevin J. Tillson
    E-mail:  tillson@huntpc.com
    Hunt & Associates, P.C.
    101 S.W. Main Street, Suite 805
    Portland, Oregon  97204
    Fax:  (503) 223-5442

    Of Attorneys for Plaintiff

by the following indicated method or methods on the date set forth below:

- [x] **CM/ECF system transmission.**
- [ ] **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.
- [ ] **Facsimile communication device.**
- [ ] **First-class mail, postage prepaid.**
- [ ] **Hand-delivery.**
- [ ] **Overnight courier, delivery prepaid.**

DATED this 6th day of February, 2012.

    /s/ Naomi Levelle-Haslitt
    Naomi Levelle-Haslitt
    OSB No. 075857

    Attorney for Defendants

Page 1 - Certificate of Service

PDXDOCS:1957217.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699